No. 86–1187. CANISIUS COLLEGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–1188. BURFORD v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 86–1199. KINGTON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–1200. ROTH STEEL TUBE CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 86–1213. JIMENEZ-FUENTES ET AL. v. TORRES GAZTAMBIDE, SECRETARY OF HOUSING OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–1219. LARY v. REPUBLIC OF CHINA. C. A. 11th Cir. Certiorari denied.

No. 86–1226. JOHN MORRELL & CO. v. LOCAL UNION 304A OF THE UNITED FOOD & COMMERCIAL WORKERS, AFL–CIO, CLC, ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–1229. GARCIA v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 86–1232. NEWTON v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1236. BALLAM v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–1238. DEMPSEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–1239. COUNTY OF MARIPOSA ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–1248. CURTIS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 86–1298. WRIGHT ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.